IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

THANH NGUYEN                                                                        PETITIONER
Reg. #19967-031

V.                                    2:11CV00079 BSM/JTR

T.C. OUTLAW, Warden,                                                          RESPONDENT
FCI-Forrest City

## ORDER

Respondent has filed a Response (docket entry #11) to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, arguing that the Petition should be dismissed because Petitioner has not met his burden of establishing that his remedies in the sentencing jurisdiction (District of Kansas, and Tenth Circuit Court of Appeals) were inadequate or ineffective.

Petitioner is directed to file a Reply, addressing Respondent's argument, **on or before July 27, 2011.**

DATED THIS 27th DAY OF June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE