IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**THANH NGUYEN,**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**REG. #19967-031**

v.　　　　　　　　　**CASE NO. 2:11CV00079 BSM/JTR**

**T.C. OUTLAW, Warden,**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**
**FCI - Forrest City**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that Petitioner Thanh Nguyen's 28 U.S.C. § 2241 petition for writ of habeas corpus [Doc. No. 1] be DENIED and the case be dismissed without prejudice..

Dated this 1st day of November 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE